IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia

| | | |
|---|---|---|
| Farmers Insurance Exchange, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-cv-453 |
| | ) | |
| Velasquez Rabelo, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

O R D E R

It is hereby ORDERED that the Final Pretrial Conference scheduled for November 15, 2007 is continued until November 29, 2007 at 9:45 a.m. Plaintiff and defendants may participate by telephone, and should advise my chambers of their current telephone numbers.

ENTERED this 14th day of November, 2007.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia